[No. 19500-3-II.    Division Two.    September 5, 1997.]

CRAIG COMBS, *Appellant*, v. METROPOLITAN PARK
DISTRICT OF TACOMA, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 94-2-01910-0, Frederick W. Fleming, J.,
entered May 22, 1995. *Affirmed* by unpublished opinion
per Morgan, J., concurred in by Bridgewater, A.C.J., and
Armstrong, J.

[No. 19571-2-II.    Division Two.    September 5, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY
RYAN PUGH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 94-1-03753-8, Thomas Felnagle, J., entered
June 2, 1995. *Affirmed* by unpublished opinion per Hough-
ton, C.J., concurred in by Seinfeld and Armstrong, JJ.

[No. 19578-0-II.    Division Two.    September 5, 1997.]

RICHARD B. HERMAN, *Appellant*, v. HAROLD POTTS, ET
AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark
County, No. 94-2-01363-1, Roger A. Bennett, J., entered
June 7, 1995. *Affirmed* by unpublished opinion per
Morgan, J., concurred in by Bridgewater, A.C.J., and Arm-
strong, J.

[No. 19943-2-II.    Division Two.    September 5, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT
C. BERSUCH, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 95-1-00624-8, James D. Ladley, J., entered
October 3, 1995. *Reversed* by unpublished opinion per
Morgan, J., concurred in by Bridgewater, A.C.J., and Arm-
strong, J.